IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>$7,237.00 U.S. Currency, One 2006 Acura RL, VIN JH4KB16506C003921, and One Breitling Crosswind Diamond Watch,<br>Defendant. | * * * * * * * * * * | Civil No. WDQ-11-3249 |

...oo0oo...

### ORDER

Upon review of the government's Notice of Dismissal, it is this 13th day of November, 2012,

**ORDERED** as follows:

1. This case is **HEREBY DISMISSED** without prejudice as to the defendant property.

2. The clerk of the court shall provide a copy of this Order to all parties of record.

_____
William D. Quarles
United States District Judge

2